PLYMOUTH RUBBER COMPANY, Respondent, *v.* DAVID
GOLDSTEIN et al., Appellants.

(Submitted March 4, 1918; decided March 12, 1918.)

Motion for re-argument denied, with ten dollars costs.
(See 222 N. Y. 700.)